# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1. *Intake Clerk* *

      2. *Case Administrator*

FROM: *Financial Administrator*

DATE: 4/20/2009

CASE NAME: Sestili

CASE NUMBER: 04-23744

Check Number 627102 in the amount of $ 1303.38 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 08432     Intake Clerk's Initials AC

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.*

#4b-F

FILED 2009 APR 20 PM 2:05 US BANKRUPTCY

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                                              Phillip J. McHale, III
Chief Counsel                                                   Chief Accountant

April 13, 2009

John J. Horner, Esquire              OR         John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                    Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                           U.S. Courthouse, Room B160
600 Grant Street                                17 South Park Row
Pittsburgh PA 15219                             Erie PA 16501

RE: LYNN M. SESTILI

Case No.: 04-23744  A

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

RISK MANAGEMENT ALTERNATIVES++
7775 BAYMEADOWS WY STE 302*
JACKSONVILLE FL
                                                32256

CHECK NUMBER  627102          AMOUNT  $ 1,303.38

The disbursement(s) was returned to the Trustee for the following reason:

_____   a.  Trustee has been unable to locate Creditor.

__X__   b.  Creditor returned funds.

_____   c.  Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
04-23744 A

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                              Very truly yours,

                              RONDA J. WINNECOUR
                              for Standing Chapter 13 Trustee

cc: EDGARDO D SANTILLAN ESQ**
    LYNN M. SESTILI

    RISK MANAGEMENT ALTERNATIVES++
    Creditor