# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1. Intake Clerk *

      2. Case Administrator

FROM: Financial Administrator

UC

DATE: 8.25.10

CASE NAME: Clever

CASE NUMBER: 05-22413

Check Number 649524 in the amount of $ 1350.25 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 958       Intake Clerk's Initials: _____

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE **FORWARD TO** THE APPROPRIATE **CASE ADMINISTRATOR**.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

## RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

08/23/2010

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA  15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: KENNETH I. CLEVER
GLORIA J. CLEVER
Case No: 05-22413F

Dear Mr. Horner:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Risk Management Alternatives++
7775 Baymeadows Wy Ste 302*
Jacksonville, FL 32256

CHECK NUMBER 699524       AMOUNT $1350.25

   The disbursement(s) was returned to the Trustee for the following reason:

CREDITOR IS ON GLOBAL RESERVE

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: JASON MAZZEI ESQ
KENNETH I. CLEVER
GLORIA J. CLEVER
Risk Management Alternatives++